IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

SPENCE JEFFERS, #412-033　　　　　　*
Petitioner　　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　　　*
v　　　　　　　　　　　　　　　　　　*　　Civil Action No. WMN-14-2785
　　　　　　　　　　　　　　　　　　*
STATE OF MARYLAND, et al　　　　　　*
Respondents　　　　　　　　　　　　　*
　　　　　　　　　　　　　　　　　***

## MEMORANDUM

Respondents the State of Maryland, the Maryland Parole Commission, and Suzanne Fisher, Warden of the Maryland, Reception, Diagnostic, and Classification Center, by their counsel, have filed a Motion to Dismiss self-represented Petitioner Spence Jeffers' Petition for Writ of Habeas Corpus. Respondents state that Jeffers, an inmate formerly incarcerated in the Maryland Division of Correction was released from custody on September 19, 2014.

To date, Jeffers has failed to notify this Court of his current address. Mail sent by the Clerk to Jeffers at his last known address was returned by the U.S. Postal Service on October 15, 2014, bearing the notation "sender unknown, unable to forward." (ECF 6). Local Rule 102.1.b.iii (D. Md. 2014) provides:

> Duty of Self-Represented Litigants to Keep Current Address on File. Self-represented litigants must file with the Clerk in every case which they have pending a statement of their current address where case-related papers may be served. This obligation is continuing, and if any self-represented litigant fails to comply, the Court may enter an order dismissing any affirmative claims for relief filed by that party and may enter a default judgment on any claims asserted against that party.

Thus, pursuant to Local Rule 102.1.b.iii, this Court shall dismiss the Petition without prejudice. A separate Order follows.

October 22, 2014　　　　　　　　　　　　　　　　　　　　／s／
Date　　　　　　　　　　　　　　　　　　　　William M. Nickerson
　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge